JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

**E-FILING**

FILED
2008 JUL -9  A 9 46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> SPONSORS FOR AMERICAN ) <br> EDUCATIONAL INSTITUTES, INC., ) <br> Defendant. ) | CR-08 00446 JW  PVT <br><br> VIOLATIONS: 18 U.S.C. § 1960 - Operating an Unlicensed Money Transmitting Business; 18 U.S.C. § 982 - Criminal Forfeiture <br><br> SAN JOSE VENUE |

## INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 1960 - Operating an Unlicensed Money Transmitting Business)

1.  On or about and between January 1, 2003 and October 17, 2005, in the Northern District of California, the defendant,

SPONSORS FOR AMERICAN EDUCATIONAL
INSTITUTES, INC.,

a California corporation, did knowingly conduct, control, manage, supervise, direct, and own at least part of an unlicensed money transmitting business, to wit: Sponsors for American Educational Institutes, Inc. ("SAEI"), a business that transmitted money in interstate and foreign commerce, by

INFORMATION

wire and otherwise, from the United States to Iran, and which business (1) operated without an appropriate money transmitting license as required under California Financial Code sections 1800.3 and 1823, which provide that such unlicensed operation was and is punishable as a misdemeanor, and (2) failed to comply with the money transmitting business registration requirements under Title 31, United States Code, Section 5330 and regulations prescribed thereunder;

All in violation of Title 18, United States Code, Section 1960(a).

FORFEITURE ALLEGATIONS: (18 U.S.C. § 982 - Criminal Forfeiture)

1. The factual allegations of Count One of this Information are realleged and incorporated here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

2. Upon conviction of the offense alleged in Count One above, the defendant,

SPONSORS FOR AMERICAN EDUCATIONAL
INSTITUTES, INC.,

a California corporation, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real and personal, involved in such offense, and any property traceable to such property, including but not limited to the following: $152,460.15 in United States Currency seized from a Wells Fargo Bank account ending in "4949," held in the name of SAEI, Inc.

DATED: 6/27/2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____
SAUSA Flattery

INFORMATION                -2-

AO 257 (Rev. 6/78)

E-FILING

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. 1960 (Operating an Unlicensed Money Transmitting Business);
18 U.S.C. 982 (Criminal Forfeiture)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  5 Years Probation (18 U.S.C. § 3561(c)(1));
Fine of $500,000 or Twice the gross gain to the defendant, which ever is greater (18 U.S.C. §§ 3571(c)(3), (d));
Mandatory Special Assessment $400 (18 U.S.C. § 3013(a)(2)(B).

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL -9 A 9:46

DEFENDANT - U.S
RICHARD W. WIEKING
CLERK
Sponsors For American Educational Institutes, Inc.
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

DISTRICT COURT NUMBER
CR-08 00446 JW
PVT

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)

ICE Special Agent Edward Williams

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form
☐ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
Robert Mulhern, Esq.; 398 West Colorado Ave., Box 22-125, Telluride, CO 81435

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 08/07/2008/9:30 a.m.     Before Judge: Patricia V. Trumbull

Comments: