```
ROBERT J. MULHERN, CA 177491
ATTORNEY AT LAW
398 West Colorado Avenue, Box 22-125
Telluride, Colorado 81435

(302) 731-7257
RJM.Esq@DeathPenaltyAttorney.Com

Counsel for the Defendant
SPONSORS FOR AMERICAN
EDUCATIONAL INSTITUTES, INC.
```

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO.:** CR-08-00446-JW-PVT |
| Plaintiff, | **NOTICE OF APPEARANCE** OF COUNSEL OF RECORD |
| vs. | |
| SPONSORS FOR AMERICAN EDUCATIONAL INSTITUTES, INC. | |
| Defendant. | |

**PLEASE BE ADVISED** that Robert J. Mulhern, Attorney at Law 398 West Colorado Avenue, Box 22-125, Telluride, Colorado 81435, requests that the United States District Court for the Northern District of California enter his appearance on behalf of the defendant, Sponsors for American Educational Institutes, Inc.

////
////
////
////
////

_____
NOTICE OF APPEARANCE

1   Furthermore, Mr. Mulhern requests that all future
2 correspondences, notices, pleadings, motions and orders, and/or any
3 other document filed in this case be electronically served or
4 mailed, through the United States Postal Service, to him at his
5 Colorado office.

6                                    RESPECTFULLY SUBMITTED

7
   Dated: July 23, 2008              /S/ Robert J. Mulhern
8                                    ROBERT J. MULHERN, Esq., CA 177491

9                                    398 West Colorado Avenue, Box 22-125
                                     Telluride, Colorado 81435
10
                                     (302) 731-7257
11
                                     Counsel for the Defendant
12                                   Sponsors for American Educational
                                     Institutes, Inc.
13

28
                                   _____
                                   NOTICE OF APPEARANCE

                                          2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of July of 2008, I electronically filed a Notice of Appearance of Counsel of Record and Certificate of Service with Richard W. Wieking, Clerk of the Court, using the Electronic Case Filing System (ECF) which will send notification of such filings to the parties in this case to:

(1) Thomas.L.Flattery@USDOJ.Gov

(2) Patricia.Kenney@USDOJ.Gov

This notice is available for viewing and downloading from ECF/PACER.

Dated: July 23, 2008        /S/ Robert J. Mulhern
                            ROBERT J. MULHERN, Esq., CA 177491

                            398 West Colorado Avenue, Box 22-125
                            Telluride, Colorado 81435

                            (302) 731-7257

                            Counsel for the Defendant
                            Sponsors for American Educational
                            Institutes, Inc.

---
NOTICE OF APPEARANCE