1 ROBERT J. MULHERN, CA 177491
  ATTORNEY AT LAW
2 398 West Colorado Avenue, Box 22-125
  Telluride, Colorado 81435
3
  (302) 731-7257
4 RJM.Esq@DeathPenaltyAttorney.Com

5 Counsel for the Defendant
  SPONSORS FOR AMERICAN
6 EDUCATIONAL INSTITUTES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **CASE NO.:** CR-08-00446-JW-PVT |
| Plaintiff, | ) **UNOPPOSED MOTION** FOR AN ORDER |
| vs. | ) CHANGING THE STATUS CONFERENCE |
| | ) TO A SENTENCING HEARING |
| SPONSORS FOR AMERICAN | ) |
| EDUCATIONAL INSTITUTES, INC. | ) |
| Defendant. | ) |
| _____ | ) |

**PLEASE BE ADVISED** that the defendant, Sponsors for American Educational Institutes, Inc., by and through its attorney of record, Robert J. Mulhern, Attorney at Law, 398 West Colorado Avenue, Box 22-125, Telluride, Colorado 81435, will move the United States District Court for the Northern District of California, 280 South First Street, San Jose, California 95113, for an order to change the status conference, scheduled for September 15, 2008 at 1:30 p.m., to a sentencing hearing at the same date and time.

////

////

_____
MOTION TO CHANGE STATUS CONFERENCE TO A SENTENCING HEARING

1  This application is based on this notice; the following grounds;
2  and, if appropriate, any oral evidence that is presented at the
3  hearing on this motion.
4      The grounds for this motion are, on August 7, 2008, the
5  defendant had its initial appearance and arraignment. The Honorable
6  Magistrate Judge Patricia V. Trumbull schedule a status conference
7  on September 15, 2008 at 1:30 p.m.
8      However, on this same date, the United States of America and
9  Sponsors for American Educational Institutes, Inc. executed a Plea
10 Agreement. This agreement was also given to the United States
11 District Court.
12     Therefore, for the aforementioned reasons, counsel
13 requests that the status conference be changed to a sentencing
14 hearing.

                                RESPECTFULLY SUBMITTED

Dated: August 19, 2008          /S/ Robert J. Mulhern
                                ROBERT J. MULHERN, Esq., CA 177491

                                398 West Colorado Avenue, Box 22-125
                                Telluride, Colorado 81435

                                (302) 731-7257

                                Counsel for the Defendant
                                Sponsors for American Educational
                                Institutes, Inc.

---

MOTION TO CHANGE STATUS CONFERENCE TO A SENTENCING HEARING

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th day of August of 2008, I electronically filed an Unopposed Notice of Motion and Motion for an Order Changing the Status Conference to a Sentencing Hearing, Order, and Certificate of Service with Richard W. Wieking, Clerk of the Court, using the Electronic Case Filing System (ECF) which will send notification of such filings to the parties in this case to:

   Thomas.L.Flattery@USDOJ.Gov

These documents are available for viewing and downloading from ECF/PACER.

Dated: August 19, 2008        /S/ Robert J. Mulhern
                              ROBERT J. MULHERN, Esq., CA 177491

                              398 West Colorado Avenue, Box 22-125
                              Telluride, Colorado 81435

                              (302) 731-7257

                              Counsel for the Defendant
                              Sponsors for American Educational
                              Institutes, Inc.

MOTION TO CHANGE STATUS CONFERENCE TO A SENTENCING HEARING

```
 1  ROBERT J. MULHERN, CA 177491
    ATTORNEY AT LAW
 2  398 West Colorado Avenue, Box 22-125
    Telluride, Colorado 81435
 3
    (302) 731-7257
 4  RJM.Esq@DeathPenaltyAttorney.Com

 5  Counsel for the Defendant
    SPONSORS FOR AMERICAN
 6  EDUCATIONAL INSTITUTES, INC.
```

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.:** CR-08-00446-JW-PVT |
| ) | |
| Plaintiff, ) | **ORDER** GRANTING DEFENDANT'S |
| vs. ) | UNOPPOSED MOTION CHANGING |
| ) | THE STATUS CONFERENCE |
| SPONSORS FOR AMERICAN ) | TO A SENTENCING HEARING |
| EDUCATIONAL INSTITUTES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

The Motion came before this Court. Upon consideration of all of the evidence set forth and good cause appearing therefrom,

**IT IS ORDERED** that,

The defendant, Sponsors for American Educational Institutes, Inc., be sentenced on September 15, 2008 at 1:30 p.m.

Dated:  _____
        The Honorable James Ware

        United State District Court
        Northern District of California

_____
ORDER CHANGING STATUS CONFERENCE TO A SENTENCING HEARING